```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


                      MBD NO. 11-mc-91092-MAP

                     IN RE: CHAZ ROBERT FISHER
```

### ORDER

May 24, 2011

PONSOR, D.J.

On March 16, 2011, the Supreme Court for Suffolk County ordered that effective thirty (30) days thereafter Respondent, Chaz Robert Fisher, be suspended from the practice of law in the Commonwealth of Massachusetts for a period of ninety (90) days.

On April 21, 2011, in accordance with Local Rule 83.6, this court gave notice to Respondent of the filing in this court of a certified copy of the judgment and order of the Supreme Judicial Court and ordered Respondent to show cause, within thirty (30) days, why the imposition of identical discipline by this court would be unwarranted, the reasons therefor, and whether he requested a hearing.

On May 19, 2011, Respondent filed an Answer to Show Cause Order and requested a hearing.

Accordingly, the court orders as follows:

1.  A non-evidentiary hearing will be held on June 8, 2011 at 11:00 a.m.  Each side will have twenty minutes to argue.

2.  In accordance with Local Rules 83.6(2)(F) and

83.6(9), the court appoints Susan Weisberg, assistant bar counsel for the Commonwealth of Massachusetts, to prosecute the disciplinary proceedings. Attorney Weisberg will file a copy of the state record with this court no later than June 3, 2011.

3. Also by June 3, 2011, Respondent will detail his objections to the imposition of identical discipline by reference to the record of the underlying disciplinary proceedings and provide copies of the portions of the referenced record to the court and bar counsel.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge